

Sw
/

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Phone:(800) 331-3282  Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)
516554 IDEALER

UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071

6741738

AZAZ

SECRETARY OF STATE

2005 JUL -8 AM 8:56

FILED

200513753305

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **MAJDI AUTO SALES**

1c. MAILING ADDRESS: 6161 S. CHATEAU WAY
CITY: TUCSON
STATE: AZ
POSTAL CODE: 85746

1f. JURISDICTION OF ORGANIZATION: AZ
TYPE OF ORGANIZATION: SOLE-PROP
1g. ORGANIZATIONAL ID #: X NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

2b. INDIVIDUAL'S LAST NAME: KATIBA
FIRST NAME: MAJDI
MIDDLE NAME: MOHAMMED

2c. MAILING ADDRESS: 6161 S. CHATEAU WAY
CITY: TUCSON
STATE: AZ
POSTAL CODE: 85746

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: **DEALER SERVICES CORPORATION**

3c. MAILING ADDRESS: 11555 NORTH MERIDIAN SUITE 220
CITY: CARMEL
STATE: IN
POSTAL CODE: 46032

4. This FINANCING STATEMENT covers the following collateral:

All Debtor's assets and properties wherever located, including without limitation all equipment of any kind or nature, all vehicles, vehicle parts and inventory now owned or hereafter acquired, without limitation, purchase money inventory, the purchase of which was financed or floorplanned by Dealer Services Corporation for Debtor of whatever kind or nature, and all returns, repossessions, exchanges, substitutions, attachments, additions, accessions, accessories, replacements, and proceeds thereof; all accounts receivable, chattel paper, and general intangibles now owned or hereafter acquired by Debtor together with the proceeds thereof; all of Debtor's documents, books and records relating to the forgoing.

8. OPTIONAL FILER REFERENCE DATA
6741738
PHOENIX-JASON C.

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

UNOFFICIAL DATA - Fileno: 1375330 CheckDigit: 5 Seqno: 1 Page. 1