

1 South Church Ave., Suite 700
Tucson, Arizona 85701

Rob Charles, State Bar No. 007359
Direct Dial: (520) 629-4427
Direct Fax: (520) 879-4705
E-mail: RCharles@LRLaw.com

Erin O. Simpson, State Bar No. 021325
Direct Dial: (520) 629-4470
Direct Fax: (520) 879-4729
E-mail: Esimpson@LRLaw.com

*Attorneys for Plaintiff Dealer Services Corporation*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter: 13 |
| MAJDI KATIBA and SHARON KATIBA, | Case No. 4:09-bk-14633-JMM |
| Debtors. | **CORPORATE DISCLOSURE STATEMENT** |
| DEALER SERVICES CORPORATION, Plaintiff, | |
| vs. | Adversary No. 4:09-ap-00963-JMM |
| MAJDI KATIBA, Defendant. | |

In compliance with Bankruptcy Rule 7007.1, plaintiff Dealer Services Corporation states that it has no parent corporation. No publicly held company or investment fund holds 10% or more ownership interest in Dealer Services Corporation.

DATED October 2, 2009

**LEWIS AND ROCA LLP**

By /s/ EOS (# 021325)
Rob Charles
Erin O. Simpson
Attorneys for Dealer Services Corporation



| | |
|---|---|
| 1 | Copy of the foregoing<br>electronically transmitted October 2, 2009 to: |
| 2 | |
| 3 | Ronald Ryan<br>Ronald Ryan, P.C.<br>1413 E. Hedrick Dr. |
| 4 | Tucson, Arizona 85719-2633<br>ronryanlaw@cox.net |
| 5 | Attorneys for Defendant |
| 6 | Dianne C. Kerns<br>7320 N. La Cholla #154 PMB 413 |
| 7 | Tucson, Arizona 85741-2305<br>dckerns@dcktrustee.com |
| 8 | Trustee |
| 9 | /s/ Audrey Saxton<br>LEWIS AND ROCA LLP |