Ronald Ryan
Attorney for Debtors
1413 E Hedrick Dr
Tucson AZ 85719
phone: (520)298-3333 fax: (520)743-1020
ronryanlaw@cox.net
AZ Bar #018140 Pima Cty #65325

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**

| | |
|---|---|
| In re: MAJDI KATIBA and SHARON KATIBA, Debtors<br><br>MAJDI KATIBA,<br>Appellant and Defendant<br><br>vs.<br><br>DEALER SERVICES CORPORATION,<br>Appellee and Plaintiff | Adv. 09-ap-963-TUC-JMM<br><br>Case No. 09-bk-14633-TUC-JMM<br><br>BAP No: AZ10-1433 [**REFERRED TO DISTRICT COURT**]<br><br>**APPELLANT'S DESIGNATION OF RECORD ITEMS ON APPEAL**<br><br>Chapter 13 |

Majdi Katiba and Sharon Katiba, Debtor/Defendant/Appellant, hereby designate items to be included in the record on appeal. Appellant designates those items highlighted in the attached Adversary Docket Report (Exhibit A). The docket numbers of said highlighted items in the Adversary Case in reverse chronological order are as follows: 70, 69, 67, 66. 65, 63, 59, 55, 53, 51, 48, 47, 45, 42, 41, 40, 36, 35, 34, 33, 32, 27, 26, 24, 23, 22, 20, 19, 18, 16, 12, 6, 1.

Additionally, the following items are designated that are referenced in some way in the Adversary or main Bankruptcy Docket:[1] a) transcript of oral argument hearing on motion

---

[1] Some of these may be in the bankruptcy court's file and others may not.

for summary judgment; b) all exhibits to the complaint, answer to complaint, motion for summary judgment and the responses thereto, and other exhibits; c) all discovery requests and responses thereto, including production; d) all disclosure statements; e) Deposition of Majdi Katiba.

Additionally, Appellant designates those items highlighted in the attached Main Bankruptcy Case Docket Report (Exhibit B). The docket numbers of said highlighted items in the main case in reverse chronological order are as follows: 33, 32, 31, 30, 26, 22, 20, 15, 14, 9, 4, 3, 2, 1.

In addition, Debtor and Appellant designates, Proof of Claim, Claim 8 Filed 8/20/09, and all attachments in the name of Dealer Services Corporation.

Debtor designates this document and any document filed hereafter that is relevant to the appeal.

Dated: November 29, 2010

                                  Respectfully submitted,
                                  /S/ Ronald Ryan
                                  Ronald Ryan, Debtor's Counsel

**CERTIFICATE OF SERVICE**

On November 29, 2010, I did email a copy of the above and forgoing to the opposing party with an interest in the appeal, and others as follows:

Dealer Services Corporation, Plaintiff and Appellee, c/o Erin O. Simpson, Lewis and Roca LLP, One South Church Avenue, Suite 700, Tucson, AZ 85701-1611, esimpson@lrlaw.com;

Dianne Kerns Chapter 13 Trustee 7320 La Cholla #154, PMB 413 Tucson AZ 85741-2305 Mail@dcktrustee.com; and

Debtor. who was also served a copy hereof.