**Appeal**

# U.S. Bankruptcy Court
## District of Arizona (Tucson)
## Adversary Proceeding #: 4:09-ap-00963-JMM

*Assigned to:* Judge James M. Marlar
*Lead BK Case:* 09-14633
*Lead BK Title:* MAJDI KATIBA and SHARON KATIBA
*Lead BK Chapter:* 13
*Demand:* $30000

*Date Filed:* 08/20/09
*Date Terminated:* 10/19/10

*Nature[s] of Suit:* 67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny

**Plaintiff**
-----------------------
**DEALER SERVICES CORPORATION**
C/O ERIN O. SIMPSON
LEWIS AND ROCA LLP
ONE SOUTH CHURCH AVENUE, SUITE 700
TUCSON, AZ 85701

represented by **ERIN O. SIMPSON**
LEWIS AND ROCA LLP
1 S. CHURCH AVE., #700
TUCSON, AZ 85701
520-629-4470
Fax : 520-879-4729
Email: esimpson@lrlaw.com

**JEFFREY L. SKLAR**
LEWIS AND ROCA LLP
ONE S. CHURCH AVE., #700
TUCSON, AZ 85701
520-838-7742
Fax : 520-879-4712
Email: jsklar@lrlaw.com

**ROB CHARLES**
LEWIS AND ROCA LLP
1 SOUTH CHURCH AVE STE 700
TUCSON, AZ 85701-1611
520-629-4427
Fax : 520-879-4705
Email: rcharles@lrlaw.com

*LEAD ATTORNEY*

V.

**Defendant**

-----------------------

| **MAJDI KATIBA** | represented by **RONALD RYAN** |
| --- | --- |
| 4726 W LINDENTHAL LANE | RONALD RYAN, P.C. |
| TUCSON, AZ 85742 | 1413 E. HEDRICK DR |
| SSN / ITIN: xxx-xx-5755 | TUCSON, AZ 85719-2633 |
| | 520-298-3333 |
| | Fax : 520-743-1020 |
| 70 Request to prepare transcript | Email: ronryanlaw@cox.net |

| **Filing Date** | **#** | **Docket Text** |
| --- | --- | --- |
| 11/16/2010 | 69 | Notice of Transfer of Appeal from BAP (AZ-10-1433) to District Court (related document(s) 63 Notice of Appeal (255.00 fee), 65 Amended Notice of Appeal) (Root, Krystal) (Entered: 11/16/2010) |
| 11/09/2010 | 67 | Notice of Filing *Election to Have Appeal Heard by District Court* filed by JEFFREY L. SKLAR of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 63 Notice of Appeal (255.00 fee)). (SKLAR, JEFFREY) (Entered: 11/09/2010) |
| 11/08/2010 | 68 | BNC Certificate of Notice - PDF Document (related document(s) 66 Notice of Referral of Appeal and Transmittal to Bankruptcy Appellate Panel) (Admin.) (Entered: 11/10/2010) |
| 11/08/2010 | 66 | Notice of Referral of Appeal and Transmittal to Bankruptcy Appellate Panel (related document(s) 63 Notice of Appeal (255.00 fee), 65 Amended Notice of Appeal) (Dominguez, Rhianna) (Entered: 11/08/2010) |
| | | Amended Notice of Appeal *CORRECTING TYPOGRAPHICAL ERROR* filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI |

| Date | Doc # | Description |
|---|---|---|
| 11/07/2010 | 65 | KATIBA (related document(s) 63 Notice of Appeal (255.00 fee)).(RYAN, RONALD) (Entered: 11/07/2010) |
| 11/03/2010 | 64 | Deficiency Memo (related document(s) 63 Notice of Appeal (255.00 fee)) (Dominguez, Rhianna) (Entered: 11/03/2010) |
| 11/01/2010 | | Receipt of Notice of Appeal (255.00 fee)(4:09-ap-00963-JMM) [appeal,97] ( 255.00) Filing Fee. Receipt number 12585201. Fee amount 255.00. (U.S. Treasury) (Entered: 11/01/2010) |
| 11/01/2010 | 63 | Notice of Appeal (255.00 fee) filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI KATIBA (related document(s) 48 Memorandum/Opinion Decision, 55 Order Granting, 59 Judgment) (Attachments: # 1 Exhibit JUDGMENT# 2 Exhibit OPINION# 3 Exhibit ORDER ATTORNEY FEES AND COSTS).(RYAN, RONALD) (Entered: 11/01/2010) |
| 10/19/2010 | 62 | BNC Certificate of Notice - PDF Document (related document(s) 60 Notice of Entry of Judgment/Order) (Admin.) (Entered: 10/21/2010) |
| 10/19/2010 | 61 | BNC Certificate of Notice (related document(s) 60 Notice of Entry of Judgment/Order) (Admin.) (Entered: 10/21/2010) |
| 10/19/2010 | | Adversary Terminated . (Dominguez, Rhianna) (Entered: 10/19/2010) |
| 10/19/2010 | 60 | Notice of Entry of Judgment/Order (related document(s) 59 Judgment) . (Dominguez, Rhianna) (Entered: 10/19/2010) |
| 10/18/2010 | 59 | Judgment signed on 10/18/2010 (related document(s) 58 Notice of Filing) . (Dominguez, Rhianna) (Entered: 10/19/2010) |
| | | Notice of Filing *Judgment* filed by JEFFREY L. |

| | | |
|---|---|---|
| 09/23/2010 | 58 | SKLAR of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 56 Order) (Attachments: # 1 Judgment). (SKLAR, JEFFREY) (Entered: 09/23/2010) |
| 09/16/2010 | 57 | BNC Certificate of Notice - PDF Document (related document(s) 56 Order) (Admin.) (Entered: 09/18/2010) |
| 09/15/2010 | 56 | **ORDER** signed on 9/15/2010 . (Blosser, Amy) (Entered: 09/16/2010) |
| 09/15/2010 | 55 | **ORDER** Granting signed on 9/15/2010 (related document(s) 52 Notice of Filing) . (Blosser, Amy) (Entered: 09/16/2010) |
| 07/14/2010 | 54 | Reply Application for Attorney Fees *and Taxable Costs* filed by JEFFREY L. SKLAR of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 52 Notice of Filing, 53 Objection to Application for Attorney or Other Professional Fees). (SKLAR, JEFFREY) (Entered: 07/14/2010) |
| 07/10/2010 | 53 | Objection to Application for Attorney or Other Professional Fees (related to motions(s) 51 ) filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI KATIBA. (RYAN, RONALD) (Entered: 07/10/2010) |
| 06/25/2010 | 52 | Notice of Filing *Plaintiff's Application for an Award of Attorneys' Fees and Taxable Costs Pursuant to the Court's Memorandum Decesion Dated June 16, 2010* filed by JEFFREY L. SKLAR of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 51 Application for Attorney Fees). (SKLAR, JEFFREY) (Entered: 06/25/2010) |
| | | Application for Attorney Fees *Plaintiff's Application for an Award of Attorneys' Fees and Taxable Costs Pursuant to the Court's Memorandum Decision Dated June 16, 2010* filed by JEFFREY L. SKLAR of LEWIS |

| | | |
|---|---|---|
| 06/25/2010 | 51 | AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 48 Memorandum/Opinion Decision) (Attachments: # 1 Exhibit 1# 2 Exhibit 2). (SKLAR, JEFFREY) (Entered: 06/25/2010) |
| 06/21/2010 | 50 | **Minutes of Hearing held on: 06/21/2010** **Subject:** CONTINUED TRIAL CHECK IN ON COMPLAINT (CONT. FROM 2/1/10) (CONT. FROM 5/3/10). **Appearances:** NONE. **Proceedings:** VACATED: SUMMARY JUDGMENT WAS GRANTED IN FAVOR OF THE PLAINTIFF.. (vCal Hearing ID (1134971)). (related document(s) 1 ) (Turnbull, Cindy) (Entered: 06/21/2010) |
| 06/16/2010 | 49 | Notice (related document(s) 19 Motion for Summary Judgment) . (Blosser, Amy) (Entered: 06/17/2010) |
| 06/16/2010 | 48 | Memorandum/Opinion Decision signed on 6/16/2010 (related document(s) 19 Motion for Summary Judgment) . (Blosser, Amy) (Entered: 06/17/2010) |
| 06/08/2010 | 46 | Notice of Submitting *Supplemental Citation in Support of Motion for Summary Judgment* filed by JEFFREY L. SKLAR of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 19 Motion for Summary Judgment). (SKLAR, JEFFREY) (Entered: 06/08/2010) |
| 06/07/2010 | 47 | **Minutes of Hearing held on: 06/07/2010** **Subject:** ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT. (vCal Hearing ID (1135675)). (related document(s) 39 ) (Turnbull, Cindy) (Entered: 06/14/2010) |
| 05/25/2010 | 45 | **ORDER** Granting Motion to Continue (Related Doc # 39 ) signed on 5/25/2010 Hearing set for 6/7/2010 at 02:15 PM at 38 S. Scott Avenue, Courtroom 329, Tucson, AZ (Tucson Court - JMM) . (Hall, Pat) (Entered: 05/26/2010) |
| | | |

| | | |
|---|---|---|
| 05/24/2010 | 44 | **Minutes of Hearing held on: 05/24/2010** **Subject:** ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FILED BY DEALER SERVICES CORPORATION. **Appearances:** NONE. **Proceedings:** VACATED: PER DEBTORS' COUNSEL, THIS MATTER HAS BEEN CONTINUED TO JUNE 7, 2010 AT 2:15 P.M. THERE HAS BEEN NO OPPOSITION TO THE CONTINUANCE.. (vCal Hearing ID (1134093)). (related document(s) 19 ) (Turnbull, Cindy) (Entered: 05/25/2010) |
| 05/20/2010 | 43 | Notice of Rescheduled Hearing *ON ORAL ARGUMENT SUMMARY JUDGMENT* filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI KATIBA (related document(s) 39 Motion to Continue) Hearing set for 6/7/2010 at 02:15 PM at 38 S. Scott Avenue, Courtroom 329, Tucson, AZ (Tucson Court - JMM). (RYAN, RONALD) (Entered: 05/20/2010) |
| 05/10/2010 | 42 | Declaration *of Jeffrey L. Sklar in Support of Reply in Support of Motion for Summary Judgment* filed by JEFFREY L. SKLAR of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (related document(s) 40 Reply) (Attachments: # 1 Exhibit Exhibit A)(SKLAR, JEFFREY) (Entered: 05/10/2010) |
| 05/10/2010 | 41 | Supplemental Statement of Facts *for Reply in Support of Motion for Summary Judgment* filed by JEFFREY L. SKLAR of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (related document(s) 40 Reply) (SKLAR, JEFFREY) (Entered: 05/10/2010) |
| 05/10/2010 | 40 | Reply to Motion/Application *for Summary Judgment* (related to motions(s) 19 ) filed by JEFFREY L. SKLAR of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (SKLAR, JEFFREY) (Entered: 05/10/2010) |
| | | |

| | | |
|---|---|---|
| 05/07/2010 | 39 | Amended Motion to Continue *** *UNOPPOSED* *** *MSJ ORAL ARGUMENT HEARING* filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI KATIBA (related document(s) 19 Motion for Summary Judgment, 38 Motion to Continue). (RYAN, RONALD) (Entered: 05/07/2010) |
| 05/07/2010 | 38 | Motion to Continue *ORAL ARGUMENT SUMMARY JUDGMENT HEARING* filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI KATIBA (related document(s) 25 Notice of Hearing). (RYAN, RONALD) (Entered: 05/07/2010) |
| 05/03/2010 | 37 | **Minutes of Hearing held on: 05/03/2010** **Subject:** TRIAL CHECK IN ON COMPLAINT (CONT. FROM 2/1/10). **Appearances:** NONE. **Proceedings:** VACATED: PER ORDER DATED APRIL 19, 2010, THIS MATTER HAS BEEN CONTINUED TO JUNE 21, 2010 AT 10:45 A.M.. (vCal Hearing ID (1129751)). (related document(s) 1 ) Trial/Evidentiary Hearing set for 06/21/2010 at 10:45 AM at 38 S. Scott Avenue, Courtroom 329, Tucson, AZ (Tucson Court - JMM) (Turnbull, Cindy) (Entered: 05/05/2010) |
| 05/03/2010 | 36 | RWR Notice of Service of Discovery Requests --*Responses to Debtor Defendant's Requests for Production* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (SIMPSON, ERIN) (Entered: 05/03/2010) |
| 04/30/2010 | 35 | Notice of Service of Discovery Requests --*Answers to Defendant's Interrogatories* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (SIMPSON, ERIN) (Entered: 04/30/2010) |
| | | **ORDER** Continuing/Rescheduling signed on 4/19/2010 (related document(s) 28 Motion to Extend) Hearing set for 6/21/2010 at 10:45 AM at 38 S. Scott Avenue, Courtroom 329, Tucson, AZ (Tucson Court - JMM) . |

| | | |
|---|---|---|
| 04/19/2010 | 34 | (Gates, Kathy) (Entered: 04/20/2010) |
| 04/06/2010 | 33 | **ORDER** Granting Motion to Extend Trial Check-In Date from May 3,2010 until June 14,2010 at 1:30 pm (Related Doc # 28 ) signed on 4/6/2010 . (Gates, Kathy) (Entered: 04/07/2010) |
| 04/05/2010 | 32 | **ORDER** Granting Motion to Extend (Related Doc # 30 ) signed on 4/5/2010 . (Gates, Kathy) (Entered: 04/06/2010) |
| 04/02/2010 | 31 | Notice of Lodging Proposed Order *Granting Stipulated Motion to Extend Plaintiff's Reply Deadline* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 30 Motion to Extend) (Attachments: # 1 Exhibit 1). (SIMPSON, ERIN) (Entered: 04/02/2010) |
| 04/02/2010 | 30 | Stipulated Motion to Extend *Plaintiff's Reply Deadline (First Request)* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION, MAJDI KATIBA (related document(s) 19 Motion for Summary Judgment). (SIMPSON, ERIN) (Entered: 04/02/2010) |
| 04/02/2010 | 29 | Notice of Lodging Proposed Order *Granting Stipulated Motion to Extend Pretrial Deadlines in Trial Check-In Order* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 28 Motion to Extend) (Attachments: # 1 Exhibit 1). (SIMPSON, ERIN) (Entered: 04/02/2010) |
| 04/02/2010 | 28 | Stipulated Motion to Extend *Pretrial Deadlines in Trial Check-In Order (Second Request)* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION, MAJDI KATIBA (related document(s) 7 Order RE: Trial Check-In Scheduling (JMM), 16 Order Continuing/Rescheduling). (SIMPSON, ERIN) (Entered: 04/02/2010) |

| | | |
|---|---|---|
| 04/01/2010 | 27 | Affidavit *MAJDI KATIBA SWORN* filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI KATIBA. (related document(s) 19 Motion for Summary Judgment, 23 Response, 25 Notice of Hearing) (RYAN, RONALD) (Entered: 04/01/2010) |
| 03/29/2010 | 26 | Notice of Deposition *of Majdi Katiba* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (SIMPSON, ERIN) (Entered: 03/29/2010) |
| 03/24/2010 | 25 | Notice of Hearing *of Oral Argument re Motion for Summary Judgment* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 19 Motion for Summary Judgment) Hearing set for 5/24/2010 at 01:30 PM at 38 S. Scott Avenue, Courtroom 329, Tucson, AZ (Tucson Court - JMM). (SIMPSON, ERIN) (Entered: 03/24/2010) |
| 03/22/2010 | 24 | Notice of Service of Discovery Requests filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI KATIBA. (RYAN, RONALD) (Entered: 03/22/2010) |
| 03/21/2010 | 23 | Amended Response to Motion/Application *FOR SUMMARY JUDGMENT* (related to motions(s) 19 ) filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI KATIBA (Attachments: # 1 SEPARATE STATEMENT OF FACTS# 2 Exhibit MAJDI KATIBA'S UNSWORN DECLARATION UNDER PENALTY OF PERJURY). (RYAN, RONALD) (Entered: 03/21/2010) |
| 03/19/2010 | 22 | Response to Motion/Application *FOR SUMMARY JUDGMENT* (related to motions(s) 19 ) filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI KATIBA Reply due by 3/19/2010,. (RYAN, RONALD) (Entered: 03/19/2010) |
| | | Notice of Errata *re Dealer Services Corporation's Notice of Service re Rule 26(a)(1) Disclosure Statement* |

| Date | Doc # | Description |
|---|---|---|
| 02/18/2010 | 21 | filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (Attachments: # 1 Exhibit A). (SIMPSON, ERIN) (Entered: 02/18/2010) |
| 02/17/2010 | 20 | Statement of Facts *in Support of Motion for Summary Judgment* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (related document(s) 19 Motion for Summary Judgment) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(SIMPSON, ERIN) (Entered: 02/17/2010) |
| 02/17/2010 | 19 | Motion for Summary Judgment filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (SIMPSON, ERIN) (Entered: 02/17/2010) |
| 02/04/2010 | 18 | Certificate of Service *NOTICE OF SERVICE OF DEBTOR'S DISCLOSURE STATEMENT* filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI KATIBA. (RYAN, RONALD) (Entered: 02/04/2010) |
| 02/01/2010 | 17 | **Minutes of Hearing held on: 02/01/2010 Subject:** TRIAL CHECK IN ON COMPLAINT. **Appearances:** NONE. **Proceedings:** VACATED: PER STIPULATION OF THE PARTIES, THIS MATTER WILL BE CONTINUED TO MAY 3, 2010 AT 2:30 P.M.. (vCal Hearing ID (1125947)). (related document(s) 1 ) Trial/Evidentiary Hearing set for 05/03/2010 at 02:30 PM at 38 S. Scott Avenue, Courtroom 329, Tucson, AZ (Tucson Court - JMM) (Turnbull, Cindy) (Entered: 02/01/2010) |
| 01/02/2010 | 16 | **ORDER** Continuing/Rescheduling signed on 1/2/2010 (related document(s) 13 Motion to Extend) Hearing set for 5/3/2010 at 02:30 PM at 38 S. Scott Avenue, Courtroom 329, Tucson, AZ (Tucson Court - JMM) . (Gates, Kathy) (Entered: 01/04/2010) |

| | | |
|---|---|---|
| 12/30/2009 | 15 | Notice of Lodging Proposed Order *Granting Sitpulated Motion to Extend Pre-Trial Deadlines* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 13 Motion to Extend) (Attachments: # 1 Exhibit A). (SIMPSON, ERIN) (Entered: 12/30/2009) |
| 12/29/2009 | 14 | Notice of Lodging Proposed Order filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 13 Motion to Extend) (Attachments: # 1 Exhibit A). (SIMPSON, ERIN) (Entered: 12/29/2009) |
| 12/29/2009 | 13 | Stipulated Motion to Extend *Pretrial Deadlines in Trial Check-In Order* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION, MAJDI KATIBA (related document(s) 7 Order RE: Trial Check-In Scheduling (JMM)). (SIMPSON, ERIN) (Entered: 12/29/2009) |
| 10/05/2009 | 12 | **ORDER** Granting Motion to Strike (Related Doc # 10 ) signed on 10/5/2009 . (Granillo, Bev) (Entered: 10/06/2009)　　DENIED *** RWR |
| 10/02/2009 | 11 | Notice of Lodging Proposed Order filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 10 Motion to Strike) (Attachments: # 1 Exhibit A: Proposed Form of Order Striking Answer). (SIMPSON, ERIN) (Entered: 10/02/2009) |
| 10/02/2009 | 10 | Motion to Strike *Answer* filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION (related document(s) 6 Answer to Complaint). (SIMPSON, ERIN) (Entered: 10/02/2009) |
| 10/02/2009 | 9 | Statement of Corporate Ownership filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (SIMPSON, ERIN) (Entered: 10/02/2009) |
| | | |

| Date | Doc # | Description |
|---|---|---|
| 09/28/2009 | 8 | BNC Certificate of Notice (related document(s) 7 Order RE: Trial Check-In Scheduling (JMM)) (Admin.) (Entered: 09/30/2009) |
| 09/28/2009 | 7 | **ORDER** RE: Trial Check-In Scheduling (related document(s) 1 Complaint, 6 Answer to Complaint) Trial/Evidentiary Hearing set for 2/1/2010 at 02:30 PM at 38 S. Scott Avenue, Courtroom 329, Tucson, AZ (Tucson Court - JMM) . (Turnbull, Cindy) (Entered: 09/28/2009) |
| 09/23/2009 | 6 | Answer to Complaint filed by RONALD RYAN of RONALD RYAN, P.C. on behalf of MAJDI KATIBA (related document(s) 1 Complaint). (RYAN, RONALD) (Entered: 09/23/2009) |
| 08/21/2009 | 5 | Amended Certificate of Mailing filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (related document(s) 1 Complaint, 3 Summons Issued) (SIMPSON, ERIN) (Entered: 08/21/2009) |
| 08/21/2009 | 4 | Certificate of Mailing filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (related document(s) 1 Complaint, 3 Summons Issued) (SIMPSON, ERIN) (Entered: 08/21/2009) |
| 08/20/2009 | 3 | Summons Issued . (Gates, Kathy) (Entered: 08/20/2009) |
| 08/20/2009 | 2 | Request for Issuance of Summons filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION. (SIMPSON, ERIN) (Entered: 08/20/2009) |
| 08/20/2009 | | Receipt of Complaint(4:09-ap-00963-JMM) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 9668008. Fee amount 250.00. (U.S. Treasury) (Entered: 08/20/2009) |
| | | Complaint (Fee Due) against MAJDI KATIBA filed by ERIN O. SIMPSON of LEWIS AND ROCA LLP on behalf of DEALER SERVICES CORPORATION |

| | | |
|---|---|---|
| 08/20/2009 | 1 | (Attachments: # 1 Exhibit A# 2 Exhibit B). (SIMPSON, ERIN) (Entered: 08/20/2009) |
| 08/20/2009 | | Adversary case 4:09-ap-00963. Adversary Proceeding Opened. (SIMPSON, ERIN) (Entered: 08/20/2009) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/29/2010 01:11:48 | | |
| **PACER Login:** rr0345 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 4:09-ap-00963-JMM Fil or Ent: filed From: 8/31/2000 To: 11/29/2010 Doc From: 0 Doc To: 99999999 Format: html |
| **Billable Pages:** 5 | **Cost:** | 0.40 |